No. 81–523. CONTAINER CORPORATION OF AMERICA v. FRANCHISE TAX BOARD. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, 456 U. S. 960.] Motion of ap-

pellee for divided argument to permit Multistate Tax Commission to present oral argument as *amicus curiae* denied. JUSTICE STEVENS took no part in the consideration or decision of this motion.